IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 6660 |
| MUFFLER CONCRETE AND SONS, INC., an Illinois corporation, | ) ) ) | JUDGE CHARLES P. KOCORAS |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT
AND FOR AN ORDER DIRECTING DEFENDANT
TO OBTAIN A WAGE AND WELFARE BOND**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MUFFLER CONCRETE AND SONS, INC., an Illinois corporation, in the total amount of $1,573.62, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,220.00.

Plaintiffs further move for an order directing MUFFLER CONCRETE AND SONS, INC., an Illinois corporation, Defendant herein, to obtain and furnish to the Plaintiffs a wage and welfare bond in the amount of $10,000, or post a cash bond in the amount of $10,000, which has been determined by the Plaintiffs to be consistent with the anticipated future obligations of the Defendant, with reputable surety thereon and the Plaintiffs as obligees thereunder.

On October 10, 2018, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on

October 31, 2018. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Muffler Concrete\motion.cmc.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 4:00 p.m. this 12th day of December 2018:

       Mr. Timothy J. Creedon, III, Registered Agent
       Muffler Concrete and Sons, Inc.
       501 State Street
       Ottawa, IL   61350-3578

       Mr. Gregory Muffler, Sr., President
       Muffler Concrete and Sons, Inc.
       331 East Superior
       Ottawa, IL   61350-2261

       Mr. Gregory Muffler, Sr., President
       Muffler Concrete and Sons, Inc.
       527 East Main Street
       Ottawa, IL   61350-3117


       /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Muffler Concrete\motion.cmc.df.wpd