AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY & VICINITY
CONSTRUCTION WORKERS WELFARE
FUND, et al.

CASE NUMBER: 18 C 6660

V.

ASSIGNED JUDGE: CHARLES P. KOCORAS

MUFFLER CONCRETE AND SONS, INC., an
Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: SHEILA M. FINNEGAN

TO: (Name and address of Defendant)

Muffler Concrete and Sons, Inc.
c/o Timothy J. Creedon, III, Registered Agent
501 State Street
Ottawa, IL 61350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Chapman
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 216-2565

an answer to the complaint which is herewith served upon you, _____Twenty-one (21)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



October 2, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-10-18 |
| NAME OF SERVER (PRINT) Brad Baxter | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 501 State Street, Ottawa, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 66.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-10-18
Date

Dep. B. [signature] #427
Signature of Server

707 E. Etna Rd, Ottawa, IL 61350
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.